UNITED STATES DISTRICT COURT   NORTHERN DISTRICT OF NEW YORK

SYED JAFFERY,

                            Plaintiff,

-against-

COUNTY OF ALBANY; Hon. JAMES L.
CAMPBELL, Sheriff of Albany County;
WILLIAM J. GORMAN, ROY T. HOFFMAN III
And PRISON HEALTH SYSTEMS, INC.,
Individually and as Agents,
Servants and Employees of the Albany County
Correctional Facility; and LARRY DOE, MOE
DOE and CURLY DOE, fictitious names
Representing various other Agents, Servants,
And/or Employees of the Albany County
Correctional Facility whose actual names are
Presently unknown; and GINA GORMAN,

                            Defendants.

ORDER OF
DISMISSAL
1:03-CV-0227 (NPM)

      Plaintiff and Defendants, by and through each of their respective undersigned attorneys, jointly notice, move and request an Order of dismissal with prejudice of all claims by Plaintiff, against Defendants in the above captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties further stipulate and agree that each party shall bear its own costs and attorneys' fees.

Dated: June 16, 2005.

_____
Terence L. Kindlon
Bar Roll No.103142
Kindlon and Shanks, P.C.
*Attorneys for Plaintiff*
74 Chapel Street
Albany, New York 12207
(518) 434-1493

Dated: June __, 2005.

_____
Robert P. Roche
Bar Roll No. 102462
Roche, Corrigan, McCoy & Bush
*Attorneys for Defendants,*
    *County of Albany*
    *Hon. James L. Campbell*
36 South Pearl Street
Albany, New York 12207
(518) 436-9370

Dated: ~~June~~ September 9, 2005.

_____
George LaMarche
Bar Roll No. 105638
E. Stewart Jones, PLLC
*Attorneys for Defendant,*
    *Roy T. Hoffman, III*
28 Second Street
Troy, New York 12180
(518) 274-5820

Dated: ~~June~~ September 12, 2005.

_____
Andrew R. Safranko
Bar Roll No. 510803
O'Connell & Aronowitz
*Attorneys for Defendants,*
    *William Gorman*
    *Gina Gorman*
54 State Street
Albany, New York 12207
(518) 462-5601


SO ORDERED:

Neil G. McCurn   DATE: 9/13/05
_____
NEIL P. McCURN
SENIOR U.S. DISTRICT JUDGE